# CIVIL RIGHTS COMPLAINT
## 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

Gregory Washington 34918 07162
Full name of plaintiff/prisoner ID#

RECEIVED
SDNY PRO SE OFFICE
2019 JAN 18 PM 3:54
S.D. OF N.Y.

# 19 CV 601

Plaintiff,

JURY DEMAND
YES_____ NO_____

-against-

N.Y.S. Parole
Rikers Island

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
----------------------------------------------------------x

I. Previous Lawsuits:

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

    B. If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs: _____

            Defendants: _____

        2. Court (if federal court, name the district;
           if state court, name the county)

        3. Docket Number: _____

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: Riker Island RNDC 11-11 Hazen St. East Elmhurst NY 11370

   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

   C. If your answer is YES,

      1. What steps did you take? Sent a notice of intent to NYC Comptroller

      2. What was the result? I recieved claim #

   D. If your answer is NO, explain why not _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓) No ( )

   F. If your answer is YES,

      1. What steps did you take? I told officers and social services

      2. What was the result? They told me I have to wait.

2

III. Parties:
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Gregory Washington
Address 11-11-Hazen St East Elmhurst N.Y 11370

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    Rikers Island C-76
                   10-10-Hazen St
                   East Elmhurst N.Y 11370

Defendant No. 2    Rikers Island Judical Center
                   160 E 4th St.
                   East Elmhurst N.Y 11370

Defendant No. 3

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3



THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
1 CENTRE STREET
NEW YORK, N.Y. 10007-2341

SCOTT M. STRINGER
COMPTROLLER

12/12/18

Gregory Washington   349-1807162
11-11 Hazen Street  C-74
East Elmhurst, NY.  11370

Re: Claim # 2018PI002125

Dear Mr. Washington:

I am writing in response to your letter inquiring about the status of your claim. Please be advised that your claim is still under investigation.

Please be advised that General Municipal law (GML, Section 50i) requires that you commence legal action within 1 year and 90 days from your date of incident.

If you have any questions, please feel free to contact me at 212-669-4765.

Sincerely,

Charles Castaldo
Claim Specialist II

IV. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

I had 17 Days left on my parole maximum expiration Date original max Date was Oct 21 2017 I stop reporting Oct 4 2017 I was then arrested on Dec 2 for petty larceny in which I received time served I was served with a parole violation Dec 4 final hearing was set for Dec 14 on Dec 14 2017 my final hearing was adjourned until Dec 29, 2017 which would make my New maximum expiration date Dec 21, 2017 on Dec 29 2017 all charges was dismissed warrant lifted I was not released until Jan 10 2018 They Disregarded the fact that I only had 17 days left on parole.

IV.A   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

N/A

4

V. Relief:

State what relief you are seeking if you prevail on your complaint.

I would like to be paid monetary for each and every day I had been held over my maximum expiration Date.

I declare under penalty of perjury that on Jan 15 2019, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 15 day of January, 2019. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

Name of Prison Facility
RNDC - C-74
11-11 Hazen St.
East Elmhurst N.Y 11370
Address
344-18-07162
Prisoner ID#

5

...gton 349-18-07162
... St. NYSID# 04202976-P
N.Y. 11370
    RNDC-C-74



United States District Court
Southern District of New York
U.S. Court House
500 Pearl Street
New York, N.Y. 10007
ATTN: Pro Se Office