UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY WASHINGTON,

                          Plaintiff,

            -v-

A.L.J. JANE DOE, P.S.R. JUDY ROE,

                         Defendants.

19-CV-601

ORDER OF SERVICE

J. PAUL OETKEN, United States District Judge:

      Before the Court is Plaintiff's Second Amended Complaint, naming Defendants Brigitte Fortune, Edward Delrio, and G. Bubb. (Dkt. No. 16.) The Court has screened the complaint and determined that service on the defendants is appropriate. To allow Plaintiff to effect service on Defendants Fortune, Delrio, and Bubb through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

      It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

1

## CONCLUSION

The Clerk of Court is instructed to complete the USM-285 forms with the addresses for Defendants Fortune, Delrio, and Bubb, and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated: December 5, 2019
New York, New York

_____
J. PAUL OETKEN
United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*

## DEFENDANTS AND SERVICE ADDRESSES

Board of Parole Counsel's Office
Attn - SALJ Brigitte Fortune
1220 Washington Ave.
Albany, New York 12226

Edward Delrio
314 W. 40th St., 4th Fl.
New York, New York 10018

Revocation Specialist G. Bubb
201 S. James St.
Peekskill, New York 10566