UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY A. WASHINGTON,
                Plaintiff,

-v-

THE CITY OF NEW YORK *et al.*,
                Defendant.

19-CV-601 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Per the Process Receipt and Return of Service at Docket Number 24, the U.S. Marshals Service was unable to serve Defendant Edward Delrio at the address provided by the Attorney General because that office of the New York State Division of Parole does not accept legal service. (*See* Dkt. No. 24.) The Attorney General is accordingly directed to provide an address where Delrio may be served within seven (7) days of this order.

    Plaintiff's time to serve Defendant Edward Delrio is extended to thirty (30) days from the date of this order.

    Defendants Bubb and Fortune shall answer or otherwise respond to the Complaint on or before April 20, 2020.

    The Clerk of Court is directed to close the motion at Docket Number 26.

    SO ORDERED.

Dated: March 9, 2020
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*