UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
Gregory WASHINGTON, : 19-CV-0601 (JPO)
                Plaintiff, :
: **NOTICE OF MOTION**
     - against - : **TO DISMISS**
:
Brigitte FORTUNE, et al,, :
                Defendants. :
---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, and all other prior pleadings and proceedings herein, Defendants Fortune and Bubb hereby moves for an Order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Second Amended Complaint, and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Judge Oetken's Individual Practice Rules in Civil Pro Se Cases, opposition papers, if any, must be served and filed on or before May 18, 2020.

Dated: New York, New York
       April 20, 2020

                                            LETITIA JAMES
                                            Attorney General
                                            State of New York
                                            <u>Attorney for Defendants Fortune and Bubb</u>
                                            By:
                                               <u>/s/ *Jessica Acosta-Pettyjohn*</u>
                                            Jessica Acosta-Pettyjohn
                                            Assistant Attorney General
                                            28 Liberty Street, 18th Floor
                                            New York, New York 10005
                                            (212) 416-6551
                                            Jessica.Acosta-Pettyjohn@ag.ny.gov

TO:    Gregory A. Washington, DIN # 19A4331
           Mid-State Correctional Facility
           P.O. Box 2500
           Marcy, NY 13403
            (Via First Class Mail)