UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GREGORY A. WASHINGTON,

                Plaintiff,

    -against-                              19 **CIVIL** 601 (JPO)

                                                **JUDGMENT**

BRIGITTE FORTUNE, et al.,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2021, Defendants' motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

      March 25, 2021

                                                           **RUBY J. KRAJICK**

                                                               Clerk of Court
                                      **BY:**

                                                                Deputy Clerk